Jason C. Spiro
Adlai J.J. Small
Carolyn B. Rendell
SPIRO HARRISON
830 Morris Turnpike, 2nd Floor
Short Hills, NJ 07078
Phone: (973) 232-0882
jspiro@spiroharrison.com
asmall@spiroharrison.com
crendell@spiroharrison.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Spinner Family Holdings LLC et al<br><br>vs.<br><br>GRG CHUBB1 LLC et al | Civil Action No. 18-01507 (JNP)<br><br>**NOTICE OF MOTION TO AMEND THE COMPLAINT AND REMAND TO STATE COURT** |

**PLEASE TAKE NOTICE,** that on April 16, 2019, or as soon thereafter as counsel can be heard, Spinner Family Holdings ("SFH"), Tom Spinner, and Maria Spinner (collectively "Spinner"), by and through the undersigned counsel, shall move before the Honorable Jerome N. Poslusny, at the United States District Court for the District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor Camden, New Jersey for the entry of an Order granting Spinner's Motion to Amend the Complaint pursuant to Fed. R.

Civ. P. 15(a) and Motion to Remand to State Court pursuant to 28 U.S.C § 1334(c)(2), 28 U.S.C. § 1334(c)(l), 28 U.S.C. § 1452(b), and 28 U.S.C. §1447(c).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Spinner has submitted contemporaneously herewith a memorandum of law, and refers this Honorable Court to the same for further explication of the grounds upon which this motion is based.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 19th day of March, 2019.

        Respectfully submitted,

        **SPIRO HARRISON**

        */s/ Adlai J.J. Small*
        Adlai J.J. Small
        Jason C. Spiro
        Carolyn B. Rendell
        830 Morris Turnpike, 2nd Floor
        Short Hills, NJ 07078
        Phone: (973) 232-0882
        jspiro@spiroharrison.com
        asmall@spiroharrison.com
        crendell@spiroharrison.com

        *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, I filed the foregoing document via this Court's CM/ECF system, which caused electronic notice to be sent to all ECF-registered parties.

*/s/ Adlai J.J. Small*
Adlai J.J. Small